NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3046

DAVID L. DOMINGUEZ,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in
DA844E080244-I-1.

ON MOTION

Before BRYSON, Circuit Judge.

### ORDER

The Office of Personnel Management moves without opposition for a 21-day extension of time, until July 6, 2009, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

JUN 2 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Arthur G. Vega, Esq.
L. Misha Preheim, Esq.
s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 29 2009

JAN HORBALY
CLERK